1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11

12   JOE GIRON,                        No. 2:23-cv-01136 WBS CKD

13            Plaintiff,

14       v.                            ORDER

15   REBELSMARKET, INC.,

16            Defendant.

17

18                        ----oo0oo----

19          The defendant in this case, RebelsMarket, Inc.,

20   appearing though a non-attorney representative, has filed a

21   request to set aside defendant's default.  (See Docket No. 7.)

22   "While individuals may appear in propria persona, corporations

23   and other entities may appear only through an attorney; an

24   unrepresented entity cannot file any pleadings, make or oppose

25   any motions, or present any evidence to contest liability."

26   Caveman Foods, LLC v. Jann Payne's Caveman Foods, LLC, No. 2:12-

27   cv-1112 WBS DAD, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015)

28   (citing Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993);

                                  1

1  <u>D-Beam Ltd. P'ship</u> v. <u>Roller Derby Skates, Inc.</u>, 366 F.3d 972,

2  973-74 (9th Cir. 2004); Local Rule 183(a)).  Accordingly, the

3  request to set aside defendant's default (Docket No. 7) is DENIED

4  WITHOUT PREJUDICE to refiling by an attorney for defendant, once

5  defendant has obtained counsel.

6       IT IS SO ORDERED.

7  Dated:  September 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2